**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

                                      :      CRIMINAL ACTION

      v.                               :

                                      :      No. 24-48

ISIAH KANGAR

Bond

## NOTICE OF HEARING

      Take notice that the defendant is scheduled for a Final Pretrial Conference on **November 20, 2024** at **12:15 P.M.** before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:          Courtroom Deputy to J. Kearney
               Phone: 267.299.7688

Date:       10/23/2024

cc:              Defendant (via defense counsel)
cc via email:    Defense Counsel
                 Assistant U.S. Attorney
                 U.S. Marshal
                 Court Security
                 Probation Office
                 Pretrial Services
                 Interpreter Coordinator

crnotice (July 2021)