IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL No. 24-CR-48 |
| ISIAH KANGAR | : | |

**UNITED STATES' UNOPPOSED MOTION TO
<u>CONTINUE SENTENCING</u>**

The United States of America, by and through its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, Patrick Brown, Assistant United States Attorney, and Chelsea Schinnour, U.S. Department of Justice Trial Attorney, hereby request that the Court continue the defendant's sentencing hearing scheduled for April 16, 2025, and in support thereof aver as follows:

1. On November 25, 2024, the defendant pleaded guilty to conspiracy to defraud the United States, in violation of 18 U.S.C. § 371 (Count One), fraud, misuse of visas, permits, and other documents, in violation of 18 U.S.C. § 1546(a) (Count Two), and unlawful procurement of citizenship or naturalization, in violation of 18 U.S.C. § 1425(a) (Count Three). ECF No. 60.

2. The Court scheduled the defendant's sentencing hearing for March 19, 2025. ECF No. 58.

3. On February 11, 2025, the defendant moved to continue the March 19, 2025, sentencing hearing due to a trial conflict. ECF No. 64. The Court granted this motion and issued a new scheduling order, rescheduling the defendant's sentencing hearing for April 16, 2025. ECF No. 65.

4. Government counsel now has an unavoidable scheduling conflict on

April 16, 2025.

5. Defense counsel, Jack McMahon, has no objection to the Government's request. The parties have conferred and are all available the week of May 12-16, 2025.

6. This request does not require an extension of the Speedy Trial deadline.

7. WHEREFORE, the United States' respectfully requests that the Court grant its Unopposed Motion to Continue Sentencing, and the Court enter the attached order to continue the defendant's sentencing hearing.

> Respectfully submitted,
>
> DAVID METCALF
> United States Attorney
>
>
> */s/ Chelsea Schinnour*
> CHELSEA SCHINNOUR
> Trial Attorney
> U.S. Department of Justice
> Human Rights and Special Prosecutions Section
>
>
> PATRICK BROWN
> Assistant United States Attorney

Date:  April 7, 2025

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

    v. : **CRIMINAL No. 24-CR-48**

**ISIAH KANGAR** :

### O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the United States' Unopposed Motion to Continue Sentencing, it is hereby

### O R D E R E D

that sentencing is continued until _____.

                                            **BY THE COURT:**

                                            _____
                                            **HONORABLE MARK A. KEARNEY**
                                            *Judge, United States District Court*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Unopposed Motion to Continue Sentencing has been served by ECF filing and electronic mail upon the following:

John J. McMahon, Jr., Esq.
mcmahonlaw@hotmail.com

    */s/ Chelsea Schinnour*
CHELSEA SCHINNOUR
Trial Attorney

Dated: April 7, 2025